BRATTLEBORO UNION HIGH SCHOOL BOARD v. WINDHAM SOUTHEAST EDUCATION ASSOCIATION and Helen C. Gale, No. 225-78

November 15, 1978. Motion for Limited Remand is granted. The following order is made:

1. Leave is granted for appellant Windham Southeast Education Association to apply to the Windham Superior Court for a determination pursuant to Vermont Rules of Civil Procedure Rule 54(b) that the judgment order entered on July 27, 1978, is final as to Windham Southeast Education Association.

2. Appellants shall file an appropriate motion with the Windham Superior Court within thirty days of the date of this Order.